**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

UNITED STATES OF AMERICA          )
                                  )
                                  )          CASE NO. CR505-021
          v.                      )
                                  )
JAMES "JABBER" LEE                )
TODD SWEAT                        )

**O R D E R**

The Scheduling Orders entered in this case are amended to provide that all pretrial

motions are to be filed on or before January 10, 2006.

**SO ORDERED**, this 27ᵗʰ day of December, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)